AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___ New Jersey ___

| | |
|---|---|
| CHANTELLE CONTI and CHERI CUTLER, on behalf of themselves and all others similarly situated, <br><br>         Plaintiffs, <br><br>    v. <br><br> MENU FOODS LIMITED, MENU FOODS INC., and MENU FOODS MIDWEST CORPORATION, <br><br>         Defendants. | **SUMMONS IN A CIVIL ACTION** <br><br> **CASE NUMBER:** <br><br> 07CV 1638 (NLH) |

TO: (Name and address of Defendant)  MENU FOODS LIMITED

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

       Donna Siegel Moffa
       Trujillo Rodriguez & Richards, LLC
       8 Kings Highway West
       Haddonfield, NJ 08033
       (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___ 20 ___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**

CLERK                                                    DATE  4/11/07

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___New Jersey___

| | |
|---|---|
| CHANTELLE CONTI and CHERI CUTLER, on behalf of themselves and all others similarly situated, | **SUMMONS IN A CIVIL ACTION** |
| Plaintiffs, | CASE NUMBER: 07cv1638(NLH) |
| v. | |
| MENU FOODS LIMITED, MENU FOODS INC., and MENU FOODS MIDWEST CORPORATION, | |
| Defendants. | |

TO: (Name and address of Defendant)  MENU FOODS INC.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

> Donna Siegel Moffa
> Trujillo Rodriguez & Richards, LLC
> 8 Kings Highway West
> Haddonfield, NJ 08033
> (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**                                    4/11/07

CLERK                                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of ___ New Jersey _____

| | |
|---|---|
| CHANTELLE CONTI and CHERI CUTLER, on behalf of themselves and all others similarly situated, | **SUMMONS IN A CIVIL ACTION** |
| Plaintiffs, | CASE NUMBER: |
| v. | 07cv1638(NLH) |
| MENU FOODS LIMITED, MENU FOODS INC., and MENU FOODS MIDWEST CORPORATION, | |
| Defendants. | |

TO: (Name and address of Defendant)  MENU FOODS MIDWEST CORPORATION

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

　　　　Donna Siegel Moffa
　　　　Trujillo Rodriguez & Richards, LLC
　　　　8 Kings Highway West
　　　　Haddonfield, NJ 08033
　　　　(856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH** _____     ___4/11/07_____

CLERK                                                                DATE

_____
(By) DEPUTY CLERK