Gerard H. Hanson, Esq.
Hill Wallack LLP
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 734-6390
Attorneys for Defendants
Menu Foods, Inc., Menu Foods Limited,
and Menu Foods Midwest Corporation

and

Edward B. Ruff, III, Esq.
Michael P. Turiello, Esq.
Pretzel & Stouffer, Chartered
One South Wacker Dr., Suite 2500
Chicago, IL 60606-4673
(312) 578-7458
Pro Hac Vice Attorneys for Menu Foods Defendants

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHANTELLE CONTI and CHERI CUTLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, MENU FOODS INC., and MENU FOODS MIDWEST CORPORATION,<br><br>Defendants | Civil Action No.: 07-cv-01638-NLH-AMD<br><br>CORPORATE DISCLOSURE STATEMENT |

1.   Menu Foods Limited is an Ontario, Canada corporation with its principal place of business in Streetsville, Ontario, Canada. Menu Foods Corporation owns 10% or more of Menu Foods Limited's stock.

{F:\wdox\docs\014210\00001\01586287.DOC; 1}

2. Menu Foods, Inc. is a New Jersey corporation with its principal place of business in Pennsauken, New Jersey. Menu Foods Holdings, Inc. owns 10% or more of Menu Foods, Inc.'s stock.

3. Menu Foods Midwest Corporation is a Delaware corporation with its principal place of business in Emporia, Kansas. Menu Foods Holdings, Inc. owns 10% or more of Menu Foods Midwest Corporation's stock.

Hill Wallack LLP

By: *Gerard H Hanson*

Gerard H. Hanson